| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Ronald L. Meisner<br>Estelle Meisner | Case Number:    13-28050<br><br>Chapter:    13<br><br>Judge:    Kaplan |

# NOTICE OF RECEIPT OF RESPONSE TO
# NOTICE OF FINAL CURE PAYMENT

TO:  Ronald L. Meisner & Estelle Meisner
         Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post-petition amounts.

DATE: 11/19/2018                             JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*